**COM.**

v.

**KANOFSKY, A.**

1938 CD 2016

Commonwealth Court of Pennsylvania.

08/14/2017

Northampton County Criminal Division, CP–48–SA-0000119–2016

Affirmed

**COMMONWEALTH**

v.

**$3,487.16 U.S. CURRENCY**

2085 CD 2016

Commonwealth Court of Pennsylvania.

08/14/2017

Lancaster County Civil Division, CI–15–09205

Affirmed

**COM.**

v.

**KANOFSKY, A.**

1955 CD 2016

Commonwealth Court of Pennsylvania.

08/14/2017

Northampton County Criminal Division, CP–48–SA--0000150–2016

Affirmed

**GERMANTOWN CAB CO.**

v.

**PHILA PARKING AUTHORITY**

1083 CD 2016

Commonwealth Court of Pennsylvania.

08/15/2017

Philadelphia County Civil Division, May Term, 2015 No.01021

Affirmed

